STANDING CHAPTER 13 TRUSTEE OSMARIE NAVARRO MARTINEZ
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**ANA MARIA OYOLA COTTO**  Case No. 24-01701-EAG

Chapter 13  Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose
[ ] Substitute

Date & Time: 5/30/2024 8:03:00AM

[X] R  [ ] NR  LV: to be determined

<u>ACP:</u> to be determin  **Unsecured Pool:** 0.00

[X] This is debtor(s) 2 Bankruptcy filing.
**Creditors:**

**II. Oath Administered**

[X] Yes    [ ] No

**III. Plan**

Date: 04/25/2024    Base: $45,000.00    Payments 0 made out of 1 due.

Confirmation Hearing Date: 6/21/2024 2:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$4,000.00 - $262.00 = $3,738.00

**IV. Status of Meeting**

[X] Closed    [ ] Not Held    [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:
Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket: to be determined

[X] Other:
to be determined

**STANDING CHAPTER 13 TRUSTEE OSMARIE NAVARRO MARTINEZ**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

ANA MARIA OYOLA COTTO  Case No.  24-01701-EAG

Chapter 13  Attorney Name:  ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State  -  years |
| [ ] Insuarence quote |    [ ] Federal  -  years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**STANDING CHAPTER 13 TRUSTEE OSMARIE NAVARRO MARTINEZ**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

**In re:**

**ANA MARIA OYOLA COTTO**  Case No. 24-01701-EAG

Chapter 13  Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

**COMMENTS**

**ACP: 3**

**Household size: 1**

---------------------

**Plan: $750 x 60 = $45,000**

**Gen. Uns. Disbursement: 0% since none unsecured claim exist in this case as of today.**

**Attorney's fees: (Flat fee, $4000-262=3738).**

----------------------

**Matter(s):**

**- The 1st installment of the plan has not been made. The debtor(s) is(are) informed that it will be due on 5-25-2024. Debtor avers that she sent payment.**

**- SUFFICIENCY OF THE PLAN, §1325(b): Plan is insufficiently funded to pay secured mortgage arrears of Proof of Claim no. 1 filed by BPPR.**

**OTHER:**
**- Per the ASUME's certification submitted debtor has an account receivable from child support in the amount of $46,995.59. Said amount was not disclosed in Schedule AB. Per testimony, these amounts have been owed for years for her 2 eldest sons, one of which is over 30, She has not been able to receive these funds. Amend for disclosure purposes.**

**NOTE**
**- The debtor is informed that there is a liquidation value in the amount of $975.00. Said liquidation value was generated since the debtor did not claim exempt of the full value ($2,000) of his household goods. She only claimed exempt $700.00.**

**Currently, since no unsecured debts were listed in this case and no unsecured claims were filed, present value was not generated in the liquidation value analysis. However, if an unsecured claim is submitted, a present value will be generated and must be disclosed in the fourth box of part 5.1."**

**Debtor was advised that if any additional amount is received from an insurance claim then any those additional non-exempt proceeds from debtors' claim against Universal Insurance Company should be paid into the plan.**

**STANDING CHAPTER 13 TRUSTEE OSMARIE NAVARRO MARTINEZ**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

ANA MARIA OYOLA COTTO              Case No.   24-01701-EAG

                          Chapter 13        Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

**Debtor avers that the amounts disclosed and claimed as exempt are the amounts actually owed.**

**s/Pedro R Medina**                                            Date:      **05/30/2024**

**Trustee/Presiding Officer**                                                          (Rev. 02/11)